# Order

Michigan Supreme Court
Lansing, Michigan

March 26, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

143852(68)

GARY F. LALONDE,
        Plaintiff-Appellant,

v

SC: 143852
COA: 295238
St Clair CC: 09-002373

JP MORGAN CHASE BANK N.A., BRANDT,
FISHER, ALWARD & ROY, P.C., DONALD
A. BRANDT, JOSEPH C. FISHER, THOMAS
R. ALWARD, EDGAR ROY, III, GARY D.
POPOVITS, BUTLER, BUTLER & ROWSE-
OBERLE, P.L.L.C., KENNETH C. BUTLER, II
and JOHN W. BUTLER,
        Defendants-Appellees.
_____/

      On order of the Court, the motion for reconsideration of this Court's December 28, 2011 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 26, 2012

_____
Clerk

d0319